UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD BLAKLEY,

        Plaintiff,                       Case no. 08-11908
                                                         Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed Magistrate Judge Virginia M. Morgan's report and recommendation, filed March 06, 2009.  No objections having been filed by the parties, and upon review;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of this court.


                                                            s/John Corbett O'Meara
                                                            United States District Judge

Date: March 25, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 25, 2009, by electronic and/or ordinary mail.

s/William Barkholz

Case Manager